IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTINA PAYLAN, M.D.,

    Petitioner,

v.

DEPARTMENT OF HEALTH,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5466

Opinion filed March 13, 2015.

Petition for Writ of Certiorari.

Christina Paylan, pro se, for Petitioner.

Therese A. Savona, Chief Appellate Counsel, Department of Health, Tallahassee, for Respondent.

PER CURIAM.

    DENIED. See Mendelsohn v. Fla. Dep't of Health, 68 So. 3d 965, 967 (Fla. 1st DCA 2011); § 456.074(1), Fla. Stat. (2014).

ROBERTS, ROWE, and MAKAR, JJ., CONCUR.